```
                                                              Priority  ____
                                                              Send      ____
                                                              Enter     ____
         UNITED STATES DISTRICT COURT                         Closed    ____
         CENTRAL DISTRICT OF CALIFORNIA                       JS-5/JS-6 ____
                                                              JS-2/JS-3 ____
                    CRIMINAL MINUTES                          Scan Only ✓
```

Case No.   **CR 05-1217 ER**                              Dated: April 24, 2006

=============================================================================
PRESENT:   HONORABLE EDWARD RAFEEDIE, SENIOR UNITED STATES DISTRICT JUDGE

| Pamela Silence | Freda Mendelsohn | Andrew G. Brown |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Spanish Language Interpreter: Rosey Franklin
=============================================================================

U.S.A. vs (Dfts listed below)           Attorneys for Defendants

**FEDERICO SAUSILLO-GONZALES aka**      Darlene M. Ricker
**VICTOR HERNANDEZ-GARCIA**
   present   in custody              present      appointed


PROCEEDINGS:   SENTENCING

    Case called. Counsel make their appearances. Defendant appears and states his true name is Federico Saucillo. Court orders that judgment should reflect defendant's true name.

    Defendant is sentenced. Refer to Judgment and Probation/Commitment Order attached hereto.

    : 30

Initials of Preparer





---
Criminal Minutes - Sentencing                                     Page 1 of 1

United States District Court
Central District of California

UNITED STATES OF AMERICA vs.              Docket No.   **CR 05-1217 ER**

Defendant   **FEDERICO SAUCILLO**         Social Security No. 3  9  6  9
  SAUCILLO, Federico (true)                                 None (true)
  ORTIZ, Victor Chavez                                    (Last 4 digits)
  CHAVEZ, Victor Ortiz
  GONZALEZ, Rene Saucillo
  GARCIA, Victor
  HERNANDEZ, Victor
  OTIZ, Victor                            Priority  ✓
  HERNANDEZ, Oscar                        Send      ✓
  RESA, Roberto Roa                       Enter     ✓
  GUTIERREZ, Ricardo Gonzalez             Closed    ___
  GOMEZ, Ivon                             JS-5/JS-6 ✓
  GOMEN, Ivan                             JS-2/JS-3 ✓
  GUZMAN, Brallan                         Scan Only ___
  GOMEZ, Ivon Ramos
  MONIKER: Rene
  HERNANDEZ-GARCI, Victor
akas: HERDEZGARCI, Victor

## JUDGMENT AND PROBATION/COMMITMENT ORDER

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 4 | 24 | 2006 |

**COUNSEL**  ✓ WITH COUNSEL   Darlene M. Ricker, CJA Panel Attorney
                              (Name of Counsel)

**PLEA**  ✓ GUILTY, and the court being satisfied that there is a factual basis for the plea.  ☐ NOLO CONTENDERE   ☐ NOT GUILTY

**FINDING**  There being a finding/verdict of ✓ GUILTY, defendant has been convicted as charged of the offense(s) of:

### Illegal Alien Found in the United States Following Deportation in violation of 8 U.S.C. § 1326 as charged in Count Two of the Two-Count Indictment

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **eighteen (18) months** on Count Two of the Two-Count Indictment.

The Court also orders defendant to pay to the United States a special assessment in the amount of $100.00, which is due immediately to the clerk of the Court.

| USA vs. | FEDERICO SAUCILLO | Docket No.: | CR 05-1217 ER |

Upon release from imprisonment, defendant shall be placed on supervised release for a term of **one (1) year** on Count Two of the Two-Count Indictment, under the following conditions:

[a] The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318.

[b] The defendant shall refrain from any unlawful use of alcohol or a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

[c] The defendant shall comply with the immigration rules and regulations of the United States, and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the United States Probation Office, located at:

> United States Court House
> 312 North Spring Street, Room 600
> Los Angeles, California 90012

[d] The defendant shall cooperate in the collection of a DNA sample.

[e] Pursuant to §5E1.2(e) of the Guidelines, all fines are waived as the Court finds that the defendant does not have the ability to pay a fine.

USA vs. **FEDERICO SAUCILLO**        Docket No.: **CR 05-1217 ER**

[f]     The defendant shall comply with General Order 01-05.

The Court orders Count One, the remaining count of the Indictment, dismissed.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

May __ 2006
Date

_____
U. S. District Judge EDWARD RAFEEDIE

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

May __ 2006
Filed Date

By _____
Deputy Clerk    1139

USA vs. **FEDERICO SAUCILLO**                                Docket No.: **CR 05-1217 ER**

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

☐   The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

### STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

  1. Special assessments pursuant to 18 U.S.C. §3013;
  2. Restitution, in this sequence:
      Private victims (individual and corporate),
      Providers of compensation to private victims,
      The United States as victim;
  3. Fine;
  4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
  5. Other penalties and costs.

| USA vs. **FEDERICO SAUCILLO** | Docket No.: **CR 05-1217 ER** |
|---|---|

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
  at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____    By _____
Date                        Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By

| USA vs. | FEDERICO SAUCILLO | Docket No.: | CR 05-1217 ER |

_____          _____
Filed Date                       Deputy Clerk

---

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____          _____
         Defendant                         Date


_____          _____
U. S. Probation Officer/Designated Witness    Date

# NOTICE PARTY SERVICE LIST

Case No. CR **05-1217** ER  Case Title  USA v. **Federico Saucillo**

**Title of Document**  Judgment and Probation/Commitment Order

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| X | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| X | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| X | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| X | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| X | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk

G-75 (02/04)    NOTICE PARTY SERVICE LIST